1) Russ Keim came to me about going into business in May or June of 2013. He was old friends with me through the Iron Eagles and a circle of friends in Hopewell

2) I was injured very severely in a motorcycle accident in February of 2012. Describe your injuries, describe the drugs to include morphine you were on, describe the impacts on memory and your ability to work and focus during that time frame

3) I spoke with ▮▮▮▮▮ and he said it was good to go. That it was a conflict of interest for Russ or his wife if anything

4) I started submitting bids

5) I paid Russ his share. He had a debit card and was on the account

6) I was concerned about tax issues. I always paid my taxes

7) I finally gave him a 1099 for 2017 and he got very upset with me and said this wasn't part of the deal and it was pretty much over after that

8) I've always tried to keep this totally above aboard and document his ability to take money from the account as a part owner

9) I thought everything was totally legitimate. This was my first foray into federal contracting…and my last

10) Susan wasn't the person who worked directly with me most of the time