IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.  Criminal Action No. 3:21cr83-3

RODNEY GALE WILSON,
          Defendant.

## ORDER

This matter comes before the Court on two motions filed by the government: (1) a motion in limine to exclude evidence related to polygraph, (ECF No. 154); and (2) a motion to enforce Defendant Rodney Gale Wilson's Proffer Agreement at Sentencing, (ECF No. 136). The Court held a hearing on the motions on September 20, 2023.

For the reasons stated at the hearing, the Court GRANTS the government's motion in limine, (ECF No. 154), and EXCLUDES the defendant's polygraph examination evidence from the Court's sentencing considerations.

Additionally, for the reasons stated at the hearing, the Court GRANTS IN PART the government's motion to enforce the proffer agreement. (ECF No. 136.) The Court FINDS that Wilson made two intentional falsehoods during the proffer interview: (1) by saying that an attorney had advised him that the arrangement with the Keims seemed legal when the attorney actually said the opposite; and (2) by saying that he thought the transactions with his co-defendant, Russell Keim, were legal partner payments and then admitting in the plea agreement to knowing the payments were illegal payments in exchange for granting bids. The Court WITHHOLDS ruling on whether these falsehoods support a sentencing enhancement and DIRECTS the parties to brief that issue in their sentencing position papers.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 21 September 2023
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge